IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD N. LEONARD,

    Petitioner,               No. CIV S-07-1382 MCE DAD P

    vs.

GERALD J. LEVI, et al.

    Respondent.           <u>ORDER</u>

    _____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

        Petitioner is incarcerated at Pelican Bay State Prison in Del Norte County and attacks a judgment of conviction entered in Los Angeles County. Del Norte County is in an area embraced by the United States District Court for the Northern District of California. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently

1

confined here, this court does not have jurisdiction to entertain the application. It appears that any and all witnesses and evidence necessary for the resolution of petitioner's habeas petition would be more readily available in Los Angeles County. In the furtherance of justice, this action will be transferred to the United States District Court in the district where petitioner was convicted.

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: July 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
leon1382.108b

2